### SOLOMON M. PIKE vs. JOHN H. POWER.

Where a motion is denied, and no leave given to renew, the motion can not be made again without first obtaining such leave.

*Motion by plaintiff to set aside default, &c., entered against him by defendant for irregularity.*—A preliminary objection was taken by defendant to this motion on the following ground, to wit: " That a motion was made at the last December special term in this cause, of the same purport and of a like nature as this motion, and denied with costs, without prejudice, and the costs on denying said motion, were not then paid. At the February special term, a similar motion was made, and none of the facts on which said motion was founded were denied by defendant; the last motion was denied with costs, and was heard on the merits, and the costs on such denial had not then been paid.

J. H. STEWART, *Plff's Atty.*    J. H. POWER, *Defts Atty.*

BRONSON, Chief Justice.—Denied the motion with costs, on the ground that no leave was granted to renew the motion. *See 5 Hill,* 493.